# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2025-1732
LT Case No. 2013-CF-008551-A

—————————————————

JOEY TERRELL ATWATER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Joey Atwater, Live Oak, pro se.

James Uthmeier, Attorney General, and Christina Piotrowski,
Assistant Attorney General, Tallahassee, for Appellee.

October 7, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____